```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICROSOFT CORPORATION,
                Plaintiff,

- v. -

PLAZA CONSTRUCTION CORP., SOUND
REFRIGERATION AND AIR
CONDITIONING, INC., INFINITY
MECHANICAL, INC. and PROCO
PRODUCTS, INC.,
                Defendants.

**ORDER**

08 Civ. 07180 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that:

      (1) A status conference will be held on June 24, 2009 at 10:30 a.m.;

      (2) Plaintiff Microsoft Corporation ("Microsoft") is granted leave to file an amended complaint joining Vibration Products, Kinetics Noise Control Inc. and Metraflex Company as defendants, and shall file its amended complaint on or before May 22, 2009; and

      (3) Microsoft shall supplement its interrogatory responses concerning tax deductions relating to the incident at issue in this action, and shall supplement its written discovery responses and produce documents concerning the July 2003 incident, no later than June 5, 2009.

Dated: New York, New York
       May 18, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge